A TRUE COPY I CERTIFY
James W. McCormack
Clerk
By: /s/ Vicki Turner, D.C.

**Filed: 06/06/11**
**U.S. District Court**
**East Dist. of MI Detroit**

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: PACKAGED ICE ANTITRUST LITIGATION
    Brian Rogers, et al. v. Reddy Ice Holdings, Inc., et al., )
        E.D. Arkansas, C.A. No. 4:11-00372       )      MDL No. 1952

11-12435

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

    A conditional transfer order was filed in this action (*Rogers*) on May 12, 2011. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in *Rogers* filed a notice of opposition to the proposed transfer. The Panel has now been advised that plaintiffs wish to withdraw their opposition to transfer.

    IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-6" filed on May 12, 2011, is LIFTED. The action is transferred to the Eastern District of Michigan for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Paul D. Borman.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby certify that the foregoing is a true copy of the original on file in this office.

Clerk, U.S. District Court
Eastern District of Michigan

By *Sarah Schoenherr*
Deputy Clerk